IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00407-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARLON WILFREDO VALIENTE,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on January 24, 2013,

**IT IS ORDERED** that Defendant Marlon Wilfredo Valiente is sentenced to **time served**.

Dated: January 24, 2013

BY THE COURT:

s/ Robert E. Blackburn
ROBERT E. BLACKBURN,
UNITED STATES DISTRICT JUDGE